PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: BANKS, Vincent D.                            Cr.: 09-00306-001
                                                               PACTS #: 43633

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 10/03/06

Original Offense: Distribution and Possession With Intent to Distribute Heroin

Original Sentence: 41 months imprisonment; 3 years supervised release; $100 special assessment.

Type of Supervision: Supervised Release                Date Supervision Commenced: 08/29/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Banks violated the special drug testing/treatment condition. |
|   | On February 4, 2009, Banks submitted a urine specimen which tested positive for hydrocodone. During subsequent interviews, he admitted using the controlled substance un-prescribed and has accepted responsibility for his conduct. |

U.S. Probation Officer Action: The writer recommends presentation of this document to Banks as a formal reprimand, issued under the authority of the Court.

Respectfully submitted,

By: Joseph Empirio
U.S. Probation Officer
Date: 05/28/09

[X] Other - U.S. Probation Officer will present this document to the defendant as a formal written reprimand, issued with the approval and under the authority of the United States District Court.
[ ] Submit a Request for Warrant or Summons

Signature of Judicial Officer

Dennis M. Cavanaugh
U.S. District Judge

6/11/09
Date