PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: BANKS, Vincent D.                     Cr.: 09-00306-001
                                                        PACTS Number: 43633

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 10/03/06

Original Offense: Distribution and Possession With Intent to Distribute Heroin

Original Sentence: 41 months imprisonment; 3 years supervised release; $100 special assessment.

Type of Supervision: Supervised Release            Date Supervision Commenced: 08/29/08

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows. The addition of the following special condition:

The defendant shall reside for a period of two (2) months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be allowed to maintain employment at Galaxy Recycling Inc. if proper confirmation is submitted. Banks is not eligible for weekend privileges. Due to his financial profile, the defendant is excused from paying subsistence to the program.

## CAUSE

On February 1, 2010, Banks was arrested by the New Jersey State Police Department and charged with Possession of Marijuana. A clear glass vial containing the substance was recovered during a routine motor vehicle traffic stop. In addition, Banks failed to notify the Probation Office of this arrest within the allotted time period and associated with a convicted felon without permission. Banks was accompanied in the auto by Hykine Johnson, a known Blood gang member and related case in the instant offense.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.
Date: 03/16/10

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/23/10
Date

Dennis M. Cavanaugh
U.S. District Judge